**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Civil No. 25-cv-00078-KG-SCY

THE UNKNOWN HEIRS, DEVISEES, OR LEGATEES OF CLARA MAY DAVES, deceased, and of LUTHER WAYNE DAVES, deceased; DARLASKA M. CAMMACK; BRIAN W. CAMMACK; THE CITY OF ALBUQUERQUE; and OCCUPANTS WHOSE TRUE NAMES ARE UNKNOWN, IF ANY,

Defendants.

**ORDER APPROVING REPORT OF THE UNITED STATES MARSHAL AND THE UNITED STATES MARSHAL'S DEED**

THE CAUSE coming before the Court upon the Report of United States Marshal of the sale (Doc. 29) and for the approval thereof, it appearing to the Court that the sale of the property upon which the lien of the Plaintiff was foreclosed by the final decree herein was conducted in all things as required by law and the Order of this Court and should be approved and confirmed, and that the proposed United States Marshal's Deed executed in connection with said sale is proper and should be approved.

NOW, THEREFORE, IT IS ORDERED that the aforesaid United States Marshal's sale and all the acts and doings of said United State Marshal in the holding and making thereof as specified in his said report of sale, be and the same hereby are approved, ratified, and confirmed, and that the said United States Marshal's Deed, a copy of which is attached to the said report and upon the original whereof the Court, for purposes of identification, has this day endorsed its approval, be and the same is hereby approved.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

*/s/ Grieta Gilchrist 11/18/26*
GRIETA GILCHRIST
Assistant United States Attorney
201 3rd St., NW, Suite 900
Albuquerque, NM 87102
(505) 224-1530
Grieta.gilchrist@usdoj.gov